LAW OFFICE OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
499 14th Street, Suite 300
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
Cynthia Turano

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| CYNTHIA N. TURANO, <br><br>  Plaintiff, <br><br> vs. <br><br> ALAMEDA COUNTY AND ALAMEDA COUNTY SHERIFF'S OFFICE, GREGORY J. AHERN, BRETT M. KETELES, TOM MADIGAN, D. SKOLDQVIST, CITY OF OAKLAND, OAKLAND POLICE, DEPARTMENT, J. DURANT (9567P), J. ADAYA (9513P), RYAN PAUL TIOYAO (9557), AND DOES 1-100. <br><br>  Defendants. | Case No. 4:17-cv-06953-KAW <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER <br><br><br> First Amended Complaint filed January 1, 2018 |
|---|---|

WHEREAS, the parties had previously stipulated to extend time;

WHEREAS the Court approved this stipulation and ordered the Case Management Conference continued to May 4, 2018;

WHEREAS, plaintiff's counsel has a calendar conflict and must be on the East Coast on May 4, 2018;

Pursuant to Civil Local Rule 7-12, all parties stipulate by and through their respective counsel, request that the Case Management Conference, now scheduled for May 4, 2018, be

Page 1

continued and be heard on May 11, 2018, or thereafter at the convenience of the Court. All other dates shall remain the same.

IT IS SO STIPULATED.

Dated: March 5, 2018          LAW OFFICES OF YOLANDA HUANG


By: */s/ Yolanda Huang*
   YOLANDA HUANG
   Attorney for Plaintiff C. Turano and
   Members of the Class

DATED: March 5, 2018         BOORNAZIAN, JENSEN & GARTHE

A Professional Corporation

By: */s/ Gregory B. Thomas*
GREGORY B. THOMAS, ESQ.
TEMITAYO O. PETERS, ESQ.
Attorneys for COUNTY OF ALAMEDA, GREGORY J. AHERN, BRETT M. KETELES, TOM MADIGAN, and D. SKOLDQVIST

DATED: March 5, 2018         BARBARA J. PARKER, City Attorney
OTIS McGEE, Jr., Chief Assistant City Attorney
COLIN BOWEN, Supervising Trial Attorney
ANA GARDEA, Deputy City Attorney
By: /s/ *Ana Gardea*
Attorneys for Defendants
CITY OF OAKLAND, JONATHAN ADAYA, JOSEPH DURAN, and RYAN TIOYAO

## **DECLARATION REGARDING CONCURRENCE**

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained concurrence in the filing of this document from the other signatories listed here.

By: */s/ Yolanda Huang*
   YOLANDA HUANG

Page 2

Turano v. County of Alameda, Civil Complaint 2017.12.5     Stipulation to Continue Case Management Conference

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The initial case management conference ~~will be held on~~ is continued to May _8_, 2018. The parties shall file a joint case management conference statement seven days prior to the initial case management conference.

DATED: 3/14/18

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge