1  GREGORY B. THOMAS, ESQ. (SBN 239870)
   TEMITAYO O. PETERS, ESQ. (SBN 309913)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   Oakland, CA 94607
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5  gthomas@bjg.com
   opeters@bjg.com
6
7  Attorneys for Defendants COUNTY OF ALAMEDA,
   GREGORY J. AHERN, BRETT M. KETELES,
   TOM MADIGAN and D. SKOLDQVIST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA N. TURANO, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>ALAMEDA COUNTY, et al.,<br><br>        Defendants. | Case No. 4:17-cv-06953-KAW<br><br>**STIPULATION TO FURTHER CONTINUE INITIAL CASE MANAGEMENT AND RELATED DATES; [PROPOSED] ORDER**<br>AS MODIFIED<br>First Amended Complaint filed 1/21/18 |

Pursuant to Civil Local Rule 7-12, the parties stipulate by and through their respective counsel to further continue the initial case management conference scheduled for May 8, 2018, and the ADR phone conference, currently scheduled for May 4, 2018.

1. The City of Oakland, Jonathan Adaya, Joseph Duran and Ryan Tioyao filed a Motion to Dismiss with a noticed hearing date of June 7, 2018.

2. On or before April 27, 2018, the County of Alameda, Gregory J. Ahern, Brett M. Keteles, Tom Madigan and D. Skoldqvist also intend to file a Motion to Dismiss with a noticed hearing date of June 7, 2018.

3. In light of the pending motions, the parties have met and conferred and stipulate to continue the initial case management conference currently scheduled for May 4, 2018 to July 31, 2018, and all related dates accordingly. The parties further stipulate to continue the ADR phone conference from May 4, 2018 to July 15, 2018, or to another date more convenient for the Court after the Motion to Dismiss hearings.

1   THEREFORE, IT IS HEREBY STIPLUATED and the parties respectfully request that the Court continue the initial case management conference, currently scheduled for May 8, 2018, to July 31, 2018, and all related dates accordingly. The parties further respectfully request that the Court continue the ADR phone conference, currently scheduled for May 4, 2018, to July 15, 2018.

IT IS SO STIPULATED.

DATED: April 25, 2018       BOORNAZIAN, JENSEN & GARTHE
                            A Professional Corporation

                            By: /s/  Gregory B. Thomas
                                GREGORY B. THOMAS, ESQ.
                                TEMITAYO O. PETERS, ESQ.
                                Attorneys for ALAMEDA COUNTY
                                DEFENDANTS

DATED: April 25, 2018       OAKLAND CITY ATTORNEY'S OFFICE

                            By: /s/  Ana Gardea
                                Attorneys for CITY OF OAKLAND
                                DEFENDANTS

DATED: April 25, 2018       LAW OFFICE OF YOLANDA HUANG

                            By:  /s/ Yolanda Huang
                                YOLANDA HUANG, ESQ.
                                Attorney for Plaintiff

## **DECLARATION REGARDING CONCURRENCE**

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained concurrence in the filing of this document from the other signatories listed here.

                            By:    /s/ Gregory B. Thomas
                                GREGORY B. THOMAS, ESQ.

///

///

///

///

///

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** AS MODIFIED |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. The initial case management |
| 3 | conference is continued to July 31, 2018, and all other relevant dates are continued accordingly. |
| 4 | The ADR phone conference /is continued to ~~July 15, 2018~~. The parties shall file a joint case |
|   | deadline    August 31, 2018 |
| 5 | management conference statement seven days prior to the initial case management conference. |
| 6 | DATED: 4/27/18 |
| 7 | _Kandis Westmore_ |
| 8 | HONORABLE KANDIS A. WESTMORE<br>United States Magistrate Judge |