UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA N TURANO,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | Case No. 17-cv-06953-KAW<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME; DENYING EX PARTE APPLICATION TO STRIKE DEFENDANTS' MOTIONS AS UNTIMELY**<br><br>Re: Dkt. No. 41, 42 |

On August 10, 2018, Defendants filed a motion to dismiss the second amended complaint and a motion to strike the second amended complaint. (Dkt. Nos. 38, 39.) On August 14, 2018, Plaintiff filed an ex parte application to strike Defendants' motions as untimely, as the motions were due within 14 days of the filing of the second amended complaint. (Dkt. No. 41.) That same day, Defendants filed a motion to enlarge the time to file their motions to dismiss and strike. (Dkt. No. 42.)

The Court GRANTS Defendants' motion to enlarge time. The filing of the motions seven days after the deadline is not prejudicial to Plaintiff, nor will it cause any delay to the case.[1] While Defendants must be more careful in the future about correctly calculating dates, there is no showing that Defendants' conduct was not in good faith.

Because the Court grants Defendants' motion to enlarge time, the Court DENIES Plaintiff's ex parte application to strike Defendants' motions as untimely. The Court will, however, extend Plaintiff's opposition deadline to **August 29, 2018**. Defendants' reply is due by **September 5,**

---

[1] Indeed, Plaintiff was willing to stipulate to a seven-day extension if Defendants agreed to withdraw their motions. (Huang Decl., Exh. A, Dkt. No. 41-1.)

**2018**.

In the future, the parties should be mindful of the Northern District of California's Guidelines for Professional Conduct, which states that "a lawyer should agree to reasonable requests for extensions of time when the legitimate interests of his or her client will not be adversely affected."

IT IS SO ORDERED.

Dated: August 20, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge