# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA N TURANO,

    Plaintiff,

v.

COUNTY OF ALAMEDA, et al.,

    Defendants.

Case No. 17-cv-06953-KAW

ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE

On February 19, 2019, the Court held a case management conference, where Plaintiff did not appear. The Court was informed that counsel was in traffic and twenty minutes away. The case management conference concluded at 2:00 p.m., but Plaintiff's counsel had still not arrived. As a result, case deadlines and dates were set without Plaintiff's input.

Accordingly, counsel for Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than February 28, 2019, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: February 20, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge