UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA N TURANO,<br>    Plaintiff,<br>v.<br>COUNTY OF ALAMEDA, et al.,<br>    Defendants. | Case No. 4:17-cv-06953-KAW<br>**ORDER TO FILE DISMISSAL WITHIN 180 DAYS; JOINT STATUS REPORT ORDER**<br>Re: Dkt. No. 89 |

On May 21, 2019, the parties participated in a settlement conference, where the case settled. (Minute Entry, Dkt. No. 89.) In light of the non-monetary terms of the settlement, the parties shall file a joint status report on or before September 20, 2019.

Plaintiff shall file a dismissal within 180 days of this order, absent any extension ordered by the Court.

All other case deadlines, including the upcoming case management conference, are VACATED.

IT IS SO ORDERED.

Dated: May 23, 2019

*/s/ Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge