Pages 1-7

```
                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION


CYNTHIA N. TURANO,              )  Case No.  17-cv-06953-KAW
                                )
          Plaintiffs,           )  San Francisco, California
                                )  Courtroom B, 15th Floor
     vs.                        )  Tuesday, May 21, 2019
                                )
COUNTY OF ALAMEDA, et al.,      )
                                )
          Defendants.           )
_____)


                    TRANSCRIPT OF SETTLEMENT
               BEFORE THE HONORABLE LAURA BEELER
                 UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiffs:              YOLANDA HUANG, ESQ.
                             Law Office of Yolanda Huang
                             475 14th Street, Suite 500
                             Oakland, California 94612
                             (510) 329-2140

For Defendants:              GREGORY B. THOMAS, ESQ.
                             Burke, Williams & Sorensen LLP
                             1901 Harrison Street, Suite 900
                             Oakland, California 94612-3501

Also Appearing for           COMMANDER TOM MADIGAN
Defendants:                  KEN MIAOLINI

Also Appearing:              SERGEANT RICHARD MACINTIRE
                             LIEUTENANT JARED HALLAWAY
                             LIEUTENANT KERRY CARONE
```

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

```
                                                                    2

 1   APPEARANCES:  (Cont'd.)

 2   Transcription Service:      Peggy Schuerger
                                 Ad Hoc Reporting
 3                               2220 Otay Lakes Road
                                 Suite 502-85
 4                               Chula Vista, California 91915
                                 (619) 236-9325
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    SAN FRANCISCO, CALIFORNIA  TUESDAY, MAY 21, 2019  1:16 P.M.
2                                --oOo--
3        (Call to order of the Court.)
4            THE CLERK:  Calling civil action 17-6953, Turano v.
5    County of Alameda.  If you could please state your appearances for
6    the record.
7            THE COURT:  And also state the appearance of your
8    clients with settlement authority and we're here today for the
9    Plaintiff.  That's obviously the Plaintiff.  But for the
10   Defendant, I guess that would be Mr. Miaolini and Commander
11   Madigan.  All right.
12           MS. HUANG:  Yolanda Huang for Plaintiffs with my client,
13   Cynthia Turano.
14           MR. THOMAS:  And Greg Thomas for Defendants, and my
15   clients who have settlement authority here today are Mr. Ken
16   Miaolini and Commander Tom Madigan.
17           THE COURT: Okay.  The parties have reached a settlement
18   in the case.  I'm going to recite the terms of the settlement, ask
19   the lawyers if I've missed anything, and ask the parties if they
20   understand and accept the terms of the settlement.
21       The total settlement amount is $46,500.  The parties have
22   also negotiated -- and that's an all-in amount.  The parties will
23   otherwise bear their own fees and costs.
24       The parties have negotiated a non-monetary component to the
25   settlement which is -- these are the talking points.  There's a

1  period of time to finalize this.  There will be a separate log for
2  the pass-through cells for cleaning purposes or an amended log
3  that reflects the pass-through cells.  The jail is going to look
4  at which -- which makes the most sense and propose and provide Ms.
5  Huang with a copy of the forms.
6      The jail is going to revise the ITR pre-screening form to
7  have -- include questions regarding whether -- at intake, whether
8  the person being processed in is menstruating, needs feminine
9  hygiene products.  They need to figure out exactly how to get --
10 whether the products will be given before they go through the --
11 into the -- you know, into the intake process, into the cell, or
12 afterwards and they're still going to work through that component
13 of it, but the forms and the processes will be -- will be in
14 place.
15         We talked a bit about there's going to be a lieutenant
16 now in ITR who's going to monitor the implementation of all the
17 policies, including the policies that were reached in the *Wile*
18 (ph) settlement.
19      They're going to do -- the jail is going to do deputy
20 training -- deputy muster training.  So -- on the change in
21 policies so each staff person is trained, incorporate the new
22 policies into the jail manual for ITR and incorporated ultimately
23 into the overall training for ITR.
24      For the forms component of it, we talked about 30 days to
25 finalize and get to Ms. Huang the forms --

1           MR. THOMAS:  Sixty, Your Honor.
2           THE COURT:  I thought it was 30 for the forms and 30
3 more for the rest of it.  It's all in 60 days to finalize --
4           MR. THOMAS:  Sixty days for the forms and then, after
5 that, 60 for --
6           THE COURT: I'm sorry.  You're quite right.  It's 60 for
7 the forms and then 60 days for the deputy muster training and
8 incorporating the new policies into the manual for ITR.
9      The parties have agreed that I'll retain jurisdiction to
10 enforce -- the parties have consented to my retaining jurisdiction
11 to enforce the terms of the settlement.
12      There will be the standard written release of any and all
13 claims, known and unknown, limited to the subject causes of
14 action, with the standard 1542 waiver.
15      And all of that, as I said, is in return ultimately for
16 dismissal of the case with prejudice.  The parties will otherwise
17 bear their own fees and costs.
18      From the Plaintiff's perspective, Ms. Huang, have I missed
19 anything?
20           MS. HUANG:  No, Your Honor.
21           THE COURT:  And from the Defendants' perspective, Mr.
22 Thomas, have I missed anything?
23           MR. THOMAS:  No, Your Honor.
24           THE COURT:  All right.  So I'll ask -- I'll ask Ms.
25 Turano: Do you understand the terms of the settlement that I just

1  recited into the record?
2           MS. TURANO:  Yes.
3           THE COURT:  Do you understand and do you accept the
4  terms of the settlement and it ends the case and you cannot reopen
5  it?
6           MS. TURANO:  Yes.
7           THE COURT:  Do you accept the terms of the settlement?
8           MS. TURANO:  Yes.
9           THE COURT:  And, Ms. Huang, do you join in that
10 settlement?
11          MS. HUANG:  Yes, Your Honor.
12          THE COURT:  All right.  And Mr. Miaolini and Commander
13 Madigan, do you understand and accept the terms of the settlement?
14          MR. MIAOLINI:  As to Mr. Miaolini, yes, Your Honor.
15          COMMANDER MADIGAN:  Tom Madigan -- yes, Your Honor.
16          THE COURT:  All right.  And, Mr. Thomas, you join in
17 that acceptance of the settlement?
18          MR. THOMAS:  Yes, Your Honor.
19          THE COURT:  All right.  With that, we have the material
20 terms of the settlement on the record with no contingencies and
21 it's thus an enforceable settlement between the parties and we can
22 go off the record.
23 //
24 //
25 //

1      (Proceedings adjourned at 1:21 p.m.)

2

3          I, Peggy Schuerger, certify that the foregoing is a
4  correct transcript from the official electronic sound recording
5  provided to me of the proceedings in the above-entitled matter.

6

7  _____          June 5, 2019
   Signature of Approved Transcriber       Date
8
   Peggy Schuerger
9  Typed or Printed Name
   **Ad Hoc Reporting**
10 Approved Transcription Provider
   for the U.S. District Court,
11 Northern District of California